UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MASSEY CONSTRUCTION GROUP, INC.,
a/a/o Michael Garofalo and Beth Garofalo,

      Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No. 2:21-cv-282-JLB-NPM

GEOVERA SPECIALTY INSURANCE
COMPANY,

      Defendant.
_____/

## ORDER

The parties have stipulated to dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Doc. 16.)  The stipulation is self-executing.  Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012).  The Clerk of Court is **DIRECTED** to close the file.

**ORDERED** in Fort Myers, Florida, on August 17, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE